IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

**In re:**

**ROSEMARIE BOWERS,**

    **DEBTOR.**

Case No. 15-18408-RAG

**NOTICE OF APPEARANCE**

    The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for Nationstar Mortgage LLC, and requests that Samuel I. White, P.C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

    Respectfully submitted,

    **SAMUEL I. WHITE, P.C.**

    By: **/s/KIMBERLY B. LANE**
    Randa S. Azzam, Esquire, Bar No. 22474
    John E. Driscoll, Esquire, Bar No. 17161
    Kimberly B. Lane, Esquire, Bar No. 18513
    Daniel J. Pesachowitz, Esquire, Bar No. 14906
    Deena Reynolds, Esquire, Bar No. 11414
    Douglas S. Rubin, Esquire, Bar No. 18644
    Samuel I. White, P. C.
    611 Rockville Pike
    Suite 100
    Rockville, MD 20852
    Tel: (301) 804-3400
    Fax: (301) 838-1954
    kbritt@siwpc.com

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Notice was served by regular mail or email this 6th day of August, 2015 on all necessary parties including Nancy Spencer Grigsby, Trustee, 4201 Mitchellville Road, Suite 401, Bowie, MD 20716; James R. Logan, Counsel for Debtor, 2419 Maryland Avenue, Baltimore, MD 21218; and Rosemarie Bowers, Debtor, 1014 Parksley Acve. Baltimore, MD 21223.

    **/s/KIMBERLY B. LANE**
    Kimberly B. Lane, Esquire
    Samuel I. White, P. C.